IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00002-MR-WCM

| | | |
|---|---|---|
| NOEL ALEXANDER ESPINOZA-HERNANDEZ | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| ARCHWAY SERVICE, INC. | ) ) ) | |
| Defendant. | ) | |

_____

This matter is before the court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by H. Lee Falls, III. The Motion indicates that Mr. Falls, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Charles Austin Gower, Sr.[1] who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

---

[1] By Order dated March 15, 2022, "Charles Austin Gower," Georgia Bar Number 303528, was admitted to practice *pro hac vice* in this matter. Doc. 12. According to the online records of the State Bar of Georgia, this Mr. Gower's full name is Charles Austin Gower Jr. ("Austin Gower"). The instant Motion seeks the *pro hac vice* admission of "Charles Austin Gower, Sr.," Georgia Bar Number 303500. According to the online records of the State Bar of Georgia, this Mr. Gower's full name is Charles A. Gower ("Charlie Gower"). That is, Austin Gower was admitted previously and Charlie Gower is now admitted through this Order.

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Charles Austin Gower (Sr.) to practice *pro hac vice* before the court in this matter while associated with local counsel.

Signed: August 9, 2022

W. Carleton Metcalf
United States Magistrate Judge